# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CIVIL DOCKET NO.: 5:11CV148

| | |
|---|---|
| CRAIG CHAPLIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>**Acting Commissioner of Social Security,** )<br>)<br>**Defendant.** )<br>) | **ORDER** |

**THIS MATTER** is before the Court upon Defendant's Assented-To Motion for Reversal and Remand of the Case, pursuant to sentence four of 42 U.S.C. § 405(g), filed on February 21, 2014. (Doc. 15.)

Pursuant to sentence four Section 405(g), this Court hereby **REVERSES** the Commissioner's decision with a **REMAND** of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. As there remains no justiciable dispute pending between the parties, upon the Clerk's entry of judgment, the Court's jurisdiction over this case shall terminate except for purposes of consideration and determination of motions for attorneys' fees, including any motion for such fees under the Equal Access to Justice Act (EAJA). The plaintiff shall have thirty (30) days from final judgment in which to file any motion for attorneys' fees under EAJA in this matter.

Signed: February 24, 2014

Richard L. Voorhees
United States District Judge